UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWN BRECKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CV1480 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

The Court referred this matter to United States Magistrate Judge Frederick R. Buckles for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On November 17, 2011, defendant filed a motion to reverse and remand this action to defendant for further proceedings. On November 18, 2011, plaintiff filed a response indicating that she did not object to defendant's motion. On November 22, 2011, Judge Buckles filed his Report and Recommendation that defendant's motion should be granted and this case remanded. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Buckles.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated November 22, 2011 [#17] is adopted in its entirety.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand [#15] is granted, and the decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of plaintiff's claims.

A separate judgment in accord with this Memorandum and Order is entered this date.

                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2011.